NUMBER
13-11-00187-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

GABRIEL OWOSO AND
ARAMIDE OWOSO,                  APPELLANTS,

 

                                                             v.

 

LEAWOOD HOMEOWNERS
ASSOCIATION, 

NAFISA YAQOOB,
INDEPENDENT MANAGEMENT 

INVESTMENT LLC AND
SABRINA SIDDIQI,                       APPELLEES. 

____________________________________________________________

 

                   On
appeal from the County Civil Court at Law No. 2

                                          of
Harris County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellants,
Gabriel Owoso and Aramide Owoso, filed an appeal from a judgment entered by the
County Civil Court at Law No. 2 of Harris County, Texas, in cause number
944520.  Appellants have filed a
motion to withdraw the notice of appeal on grounds that the judgment in the
underlying case was vacated.  Appellants request that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellants= motion to withdraw the notice of appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellants= motion to withdraw the notice of appeal is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellants. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellants= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

16th day of June, 2011.